ISRAEL TRACHTENBERG, Appellant, v. JOHN P. ROWAN, as Executor of BEN LUPOFF, Deceased, Respondent.— In an action to recover for professional services allegedly rendered decedent and for moneys allegedly loaned to him, the plaintiff appeals from an order of the Supreme Court, Kings County, dated June 7, 1960, vacating on certain conditions a judgment in his favor which had been entered pursuant to an order, made on consent, striking out defendant's answer if a witness failed to appear for examination before trial. Order affirmed, without costs. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

VASILIOS TSOLSON et al., Appellants, v. ERNEST WEINFELD et al., Respondents.— In an action to recover damages for personal injuries sustained by plaintiff, Anna Tsolson, as a passenger in an automobile owned by the defendant, Ernest Weinfeld and operated by defendant Elizabeth Weinfeld, the plaintiffs appeal from an order of the Supreme Court, Westchester County, dated February 11, 1960, denying their motion to strike out defendants' answer and for summary judgment, pursuant to rule 113 of the Rules of Civil Practice. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

ALFRED J. WHITTLE et al., Respondents, v. SIDNEY FENSTER, Appellant.— In an action to recover damages for injuries to person and property, alleged to have been caused by the negligence of the defendant in the operation of an automobile, the defendant appeals from an order of the Suprme Court, Suffolk County, dated January 7, 1960, granting summary judgment to plaintiffs and directing an assessment of the damages, pursuant to rule 113 of the Rules of Civil Practice. Order reversed, with $10 costs and disbursements, and motion denied. The record discloses issues of fact which should not have been summarily decided on motion. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

AMELIA WILLIAMS, Plaintiff, v. JASON LIEBERMAN, Defendant and Third-Party Plaintiff-Respondent. MERIT MOTORS, Third-Party Defendant-Appellant; CHRYSLER CORPORATION, Third-Party Defendant.— In an action to recover damages for personal injuries alleged to have been caused by the negligence of the third-party plaintiff in the operation of an automobile, the third-party defendant, Merit Motors, appeals from an order of the Supreme Court, Westchester County, dated October 21, 1959, denying its motion to dismiss the third-party complaint as against it for insufficiency. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.